JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

E-FILING

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

FILED ORIGINAL
08 MAR -5  P 2: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00137 HRL |
| Plaintiff, | VIOLATION: 18 U.S.C. §13, assimilating California Vehicle Code §4463 False Evidences and Uses of Documents, Licenses, Devices, Placards, or Plates. |
| vs. | |
| VERONICA LANDEY, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

    COUNT ONE: 18 U.S.C. §13, assimilating California Vehicle Code §4463 – False Evidences and Uses of Documents, Licenses, Devices, Placards, or Plates

    On or about May 21, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

                          VERONICA LANDEY,

1

did with fraudulent intent display and cause to be displayed upon her vehicle, and have in her possession, a false device issued pursuant to Section 4853, to wit: false registration license plate tabs, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code Section 4463, a class A misdemeanor.

DATED: 3/3/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID CALLAWAY
Assistant United States Attorney

(Approved as to form: _____ for _____)
SAUSA Nelson

2

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

2008 MAR 5 P 2:23

**OFFENSE CHARGED**
See attached

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

CR-08 00137 HRL

**DEFENDANT -- U.S. vs.**
Veronica Landey

Address: 42 8th Street, Greenfield, CA 93928

Birth Date: [redacted]

☐ Male  ☐ Alien
☑ Female  (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District od California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed   Mo.  Day  Year

DATE OF ARREST

Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for Arraignment

To appear before Judge Lloyd on 7 April 2008 at 9:30 am.
U.S. District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. LANDEY

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code CVC 4463 – False Evidences and Uses of Documents, Licenses, Devices, Placards, or Plates. To be charged as a Class A misdemeanor.

    Penalties:    Mandatory Minimum: N/A

                    Maximum penalty:
                      One year imprisonment
                      $100,000 fine, or both